# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80023-CR-HURLEY/VITUNAC

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.

**JANELLE MAURICIA GREEN,**
    **Defendant.**
_____/

## *ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING*

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 53]. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Tuesday, February 21, 2012,** at **1:45 p.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 10th day of February, 2012.

**copy furnished:**
AUSA Emalyn Webber
AFPD Robin C. Rosen-Evans
United States Marshal's Service
United States Probation Office

                                                Daniel T. K. Hurley
                                                United States District Judge